**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Willie Troy MASON, Jr., a.k.a. Willie Lnu, Defendant–Appellant.**

No. 09–16398
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 27, 2010.

David Secular, Federal Public Defender, Tampa, FL, for Plaintiff–Appellee.

Linda Julin McNamara, U.S. Attorney's Office, Tampa, FL, for Defendant–Appellant.

Before BARKETT, MARCUS and ANDERSON, Circuit Judges.

**PER CURIAM:**

David G. Secular, appointed counsel for Willie Troy Mason, Jr., in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Mason's convictions and sentences are **AFFIRMED.**